IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 12 B 02442 |
| James Hill and Verniece Hill ) | Judge Hon. Schmetterer |
| ) | CHAPTER 13 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | ADV. NO. 12 AP 00372 |
| South Central Bank ) | |
| Defendant. ) | |

**AMENDED FINDINGS OF FACT** *AND CONCLUSIONS OF LAW*

*Forthy Rat:*

**A.     The Parties**

1. The Plaintiffs are James Hill and Verniece Hill ("Plaintiffs").

2. The Defendant is South Central Bank ("Defendant").

**B.     Factual Background**

1. On or about January 25, 2012 Plaintiffs filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. Plaintiffs own the real estate commonly known as 1244 N. Mayfield Avenue, Chicago, IL 60651.

3. That Litton Loan Servicing holds a first mortgage lien on the real property commonly known as 1244 N. Mayfield Avenue, Chicago, IL 60651, with a secured claim of ~~$188,403.00 pursuant to the Plaintiffs' credit report.~~

4. The Defendant holds a third mortgage lien on the real property known as 1244 N. Mayfield Avenue, Chicago, IL 60651 in the approximate amount of $6,913.41 pursuant to

the proof of claim filed on September 4, 2009 in Plaintiff's prior bankruptcy case, case 09 B 26543.

5. On November 29, 2011, Plaintiffs obtained a property appraisal from LM Appraisal Group indicating the value of 1244 N. Mayfield Avenue, Chicago, IL 60651 to be $60,000.00.

6. The Modified Chapter 13 Plan filed on March 11, 2012 provides that the Plaintiffs will make monthly payments to the Chapter 13 Trustee in the amount of $700.00 per month for 36 months.

7. Under the Chapter 13 Plan, general unsecured creditors will be paid 10% of their allowed claims.

8. On March 22, 2012, the clerk of the Court issued an alias summons and on March 23, 2012 the amended complaint (filed on March 21, 2012 at docket entry number 5) was sent to an officer of the defendant via certified mail to 525 W. Roosevelt Road, Chicago, IL 60607.

9. The summons indicated that a motion or answer was required within 30 days of issuance; to date, no responsive pleading has been filed.

10. No evidence has been presented to challenge the validity of the secured claim that holds priority over the second mortgage lien.

11. No evidence has been presented to challenge the property value of $60,000.00.

12. The first secured claim of Litton Loan Servicing in the amount of $188,403.00 exhausts the value and equity in Plaintiffs' residence.

13. There is no value and equity to support the claim of the Defendant.

## CONCLUSIONS OF LAW

A. **Jurisdiction**

1. This contested matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(K). This court has jurisdiction overt this matter pursuant to 28 U.S.C. §§ 157(a) and 1334(b).

2. Venue is proper in this district pursuant to 28 U.S.C. § 1409.

B. **Argument**

3. This action was initiated under 11 U.S.C. § 506(a) and F. R. Bankr. P. 3012.

4. The Debtor scheduled the first secured claim of Litton Loan Servicing in the amount of $188,403.00 and the third secured claim of South Central Bank in the amount of $5,371.00.

5. That value of Plaintiff's residence is $60,000.00.

6. To the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such lien is void..." *11 U.S.C. § 506(d)*. If a debtor's chapter 13 case is dismissed then any lien voided under § 506(d) is reinstated. *11 U.S.C. §349(b)(1)(C)*. Although the Seventh Circuit has not yet considered the issue, the vast majority of circuits hold a wholly unsecured junior mortgage is subject to strip off pursuant to 11 U.S.C. §506(d), notwithstanding the anti-modification protection afforded holders of home mortgages in 11 U.S.C. §1322(b)(2) as implied by Nobelman v. American Savings Bank, 508 U.S. 324 (1993). See Pond v. Farm Specialist Realty (In re Pond), 252 F.3d 122 (2nd Cir. 2001); McDonald v. Master Fin., Inc. (In re McDonald), 205 F.3d 606 (3rd Cir. 2000); In re Bartee, 212 F.3d 277 (5th Cir. 2000); In re Lane, 280 F.3d 663 (6th Cir. 2002); Zimmer v.

PSB Lending Corp., 313 F.3d 1220 (9th Cir. 2002); and In re Tanner, 217 F.3d 1357 (11th Cir. 2000).

Dated: 5/31/12

Enter

United States Bankruptcy Judge

MAY 31 2012

Robert J. Semrad & Associates
Attorney for Debtor
20 South Clark, 28th Floor
Chicago, IL 60603
(312) 913-0625

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 12 B 02442 |
| James Hill and Verniece Hill ) | Judge Hon. Schmetterer |
| ) | CHAPTER 13 |
| Plaintiffs, ) | |
| ) | |
| v. ) | ADV. NO. 12 AP 00372 |
| South Central Bank ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF JAMES HILL AND VERNIECE HILL

James Hill and Verniece Hill, being duly sworn, state that they own the property located at 1244 N. Mayfield Avenue, Chicago, IL 60651, in support of their complaint to determine the validity of the third lien of South Central Bank pursuant to 11 U.S.C. § 506(a) and F. R. Bankr. P. 3012, they state as follows:

1. We filed for relief under Chapter 13 of the Bankruptcy Code on January 25, 2012.

2. That we own the property located at 1244 N. Mayfield Avenue, Chicago, IL 60651.

3. That we took out a first mortgage with Ocwen Loan Servicing, LLC.

4. We took out a second mortgage with Beneficial IL INC. D/B/A Beneficial Mortgage Co of IL.

5. That we took out a third mortgage with South Central Bank.

Further Affiant Sayeth Not.

Dated: the 29 Day of May, 2012       Dated: the 29 Day of May, 2012

_____            _____
JAMES HILL                            VERNIECE HILL

SUBSCRIBED AND SWORN Before Me
Dated: the 29th Day of May, 2012

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Christine Rydygier
Notary Public, State of Illinois
My Commission Expires 10/3/2012

6.   On May 25, 2012 we filed a Modified Chapter 13 Plan that provides for monthly Plan payments to the Chapter 13 Trustee in the amount of $700.00 per month for 36 months. The Plan provides that general unsecured creditors will receive 10% of their allowed claims.

6.   That on March 22, 2012, we issued an alias summons and complaint pursuant to 11 U.S.C. § 506(a) and F. R. Bankr. P. 3012 to determine the value of security of the third claim of South Central Bank.

7.   Our attorney served the summons and complaint on the President of South Central Bank via Certified Mail at 525 W. Roosevelt Road, Chicago, IL 60607.

8.   On November 29, 2011 LM Appraisal Group conducted a property appraisal on our property located at 1244 N. Mayfield Avenue, Chicago, IL 60651.

9.   The property appraisal reflected the value of our property to be $60,000.00.

10.  Accordingly, we owe more on the first mortgage of our property than it is worth.

11.  We respectfully request that this Court enter an order valuing our property at $60,000.00 and to strip the third lien of South Central Bank.

Further Affiant Sayeth Not.
Dated: the 29 Day of May, 2012                Dated: the 29 Day of May, 2012

_____              _____
JAMES HILL                                    VERNIECE HILL

SUBSCRIBED AND SWORN Before Me
Dated: the 29th Day of May, 2012

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Christine Rydygier
Notary Public, State of Illinois
My Commission Expires 10/3/2012